**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
ESTATE OF HERMINE MAUTNER and
RICHARD K. MAUTNER,
                  Plaintiffs,

-against-

THE ALVIN H. GLICK IRREVOCABLE
GRANTOR TRUST, ALVIN H. GLICK,
RANDY E. GLICK, JASON GLICK,
76-77 STREET & THIRD AVENUE LLC,
and 1329-37 THIRD AVENUE LLC,
                  Defendants.
-----------------------------------------------------------X

19 **CIVIL** 2742 (NRB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 25, 2019, defendants' motion to dismiss is granted and plaintiffs' amended complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          November 26, 2019

                                    RUBY J. KRAJICK
                                    Clerk of Court
                        BY:
                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/26/2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019